Opinion issued November 8, 2007









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-07-00139-CV

____________


DONG HO SHIN AND KWANG JA SHIN, Appellant


V.


GRP FINANCIAL SERVICES CORP., AND WELLS FARGO BANK
MINNESOTA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE
FOR GRP/AG REAL ESTATE ASSET TRUST 2004-1, Appellee






On Appeal from the 269th District Court

Harris County, Texas

Trial Court Cause No. 2004-68677






MEMORANDUM OPINION

 The parties have filed a joint motion to dismiss their appeal. No opinion has
issued. Accordingly, the motion is granted, and the appeal is dismissed. Tex. R.
App. P. 42.1(a)(2).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Justices Nuchia, Hanks, and Bland.